E-filing

**FILED**
JUN 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED
    Plaintiff,

vs.

John E POTTER
Postmaster    Defendant(s).

C07-03306 WDB

CASE NO. _____

EMPLOYMENT DISCRIMINATION COMPLAINT

1.  Plaintiff resides at:

    Address _____1620 stuart st_____

    City, State & Zip Code __Berkeley CA 94703-2010__

    Phone __510 644 2159__

2.  Defendant is located at:

    Address __U.S. Postal Service, P.O. Box 23445__

    City, State & Zip Code __OAKLAND CA 94623-3445__

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.  The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)              - 1 -

c. __ Failure to promote me.

d. _X_ Other acts as specified below.

_Retaliation For Filling EEO complaints_
_Age discrimination_
_Denial of accommodation_
_Disability Discrimination and other_
_____
_____

5. Defendant's conduct is discriminatory with respect to the following:

   a. _X_ My race or color.

   b. _X_ My religion.

   c. _X_ My sex.

   d. _X_ My national origin.

   e. __ Other as specified below.

   _Age, disability, retaliation and reprisal_
   _For EEO Activity_

6. The basic facts surrounding my claim of discrimination are:

   _See attached documents_
   _____
   _____
   _____
   _____
   _____
   _____
   _____

7. The alleged discrimination occurred on or about _1998 – 2003_.
                                                    (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1 | discriminatory conduct on or about ___1998 - 2003___
2 | (DATE)
3 | 9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about ___4/19/07___.
5 | (DATE)
6 | 10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes _X_   No ____
8 | 11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: ___6/8/07___

SIGNATURE OF PLAINTIFF

*pro se*

(PLEASE NOTE: NOTARIZATION IS NOT REQUIRED.)

PLAINTIFF'S NAME
(Printed or Typed)

Mahmood Mohamed

Form-Intake 2 (Rev. 4/05)                - 3 -