IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED | C 04-3306-WDB |
| Plaintiff, | **CLERK'S NOTICE RE:** |
| v. | **MANUAL FILING NOTIFICATION** |
| JOHN E. POTTER, POSTMASTER | |
| Defendant. | |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits to Complaint, Docket #1

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

**United States District Court**
For the Northern District of California