Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA  94703-2010
(510) 644-2159

FILED
AUG 20 PM 12: 3

August 20, 2007

**By U.S. Mail**

Honorable Magistrate Judge
Wayne D. Brazil
United States District Court
Northern District of California
Oakland CA.

WDB M

Re: *Mohamed v. Potter*, Case No. C07-03306

Dear Judge Brazil:

    I am the plaintiff *pro se* in the above captioned case. I have been experiencing health problems and I was treated at emergency room several times on July and August, 2007, I have been scheduled for a series of medical tests over the coming weeks. I was given a case schedule when I filed the complaint. Because of my health problems I am respectfully asking the court for a 90 days extension for all of these dates. The defendant in this case, the U.S. Postal service will not be affected by this change of dates because I have not yet served them.
 For your reference I am enclosing copies of medical forms that I was given at the hospital.

Respectfully submitted,

Mahmoud Mohamed

**KAISER PERMANENTE®**

☐ Inpatient Medical Record
☐ Outpatient Chart

KAISER PERMANENTE HOSPITAL
MOHAMED.MAHMOUD
09/27/52
MR# 11000629429

# EMERGENCY SERVICES
# AFTER-CARE INSTRUCTIONS

IMPRINT AREA

The Emergency Department (ED) gives care to patients requiring immediate medical attention. These instructions can help you get any further care that may be needed. **If the condition you were treated for worsens, if unexpected problems arise, or if you are not able to get the recommended follow-up treatment, phone or return to the Emergency Department (752-7667).**

Your diagnosis: _Chest wall contusion_

The doctor(s) who treated you in the ED: _R. Rio_

☐ Please contact your regular doctor for follow-up. You should communicate with your doctor by phone or e-mail, or see them, within _____ days. Many doctors are reached easily via e-mail. You can look up your doctor's home page and send them e-mail at permanente.net/doctor

☐ An appointment has been scheduled for you in the _____ Department with Dr. _____ as follows: Date: _____ Time: _____

☐ A referral (eConsult) has been made for you to the _____ Department. You should be contacted _____. If you have not been contacted by then, please call that department.

☐ Please call the department below and make an appointment. You should be seen in about _____ days.

**Please bring this sheet with you to any future appointments.**

| ☐ Dermatology | 752-1145 | ☐ Occupational Medicine | 752-1244 | ☐ Psychiatry | 752-1075 |
| ☐ ENT/HNS | 752-1115 | ☐ Orthopedics | 752-7484 | ☐ Surgery | 752-1105 |
| ☐ Eye | 752-1235 | ☐ Chemical Dependency | 251-0121 | ☐ Urgent Care | 752-1190 |
| ☐ Internal Medicine | 752-1190 | Rehab Program (CDRP) | | ☐ Urology | 752-6789 |
| ☐ Neurology | 752-1088 | ☐ Pediatrics | 752-1200 | ☐ Other: _____ | |
| ☐ Ob/Gyn | 752-1100 | ☐ Podiatry | 752-1231 | | |

☐ The following printed instructions have been given to you: _____

Please read them carefully now. Ask the ED staff for any further explanation before you leave.
☐ eRx  ☐ Paper prescription for: _____

was sent to this pharmacy: ☐ Discharge  ☐ Fabiola 1  ☐ _____. You may pick it up now.
☐ Try to cut back or stop smoking completely. For more information and support, call Health Education at 752-6150.
☐ Blood pressure check within 1 week. Call your regular doctor or Urgent Care to set up an appointment.
☐ **X-ray reading in the ED is preliminary.** We'll contact you within 48 hours if the final reading changes your treatment.
☐ **Warning:** You received a drug in the ED that may cause drowsiness. Do not drive or take alcohol for the next ___ hrs.
☒ For fever/pain try ibuprofen (Motrin/Advil): _600_ pills (mgs) mls tsps every _8_ hrs for _3_ days
☐ For fever/pain try acetaminophen (Tylenol): ___ pills mgs mls tsps every ___ hrs for ___ days
☐ Return to the ED for **recheck/suture removal** in ___ hours/days.

w/ food

I, the undersigned, acknowledge receipt of all the instructions checked above, with special instructions noted below.

INSTRUCTIONS ISSUED BY (PRINT NAME): _Mahmud MM_
INSTRUCTIONS REVIEWED BY (PRINT NAME): _____

Special instructions: _Please follow up c/ your doctor in 2-3 days or return to ER if getting worse. Be sure to take food w/ Motrin._

PATIENT OR GUARDIAN SIGNATURE: X _____
PHONE NUMBER: _____
DATE: _____
TIME: _____

**KAISER PERMANENTE**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating physician only)

**Patient Name Identification**

Mahmoud Mohamed
0629 4294

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) OR
☐ YES, has a "Serious Health Condition", as defined below (check one):
  1. ☐ Hospital care          4. ☐ Chronic condition requiring treatment
  2. ☐ Absence plus treatment  ☐ Is currently incapacitated
  3. ☐ Pregnancy               ☐ Is not currently incapacitated
                5. ☐ Permanent/long-term condition requiring supervision.  6. ☐ Multiple treatments (non-chronic condition)
☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
☑ Was seen at this office on: 8/6/7    ☐ Has been given telephone advice on: _____
☐ Has been ill and unable to attend work/school/physical education _____ through _____
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☑ Can return to full duties with NO RESTRICTIONS on 8/27/7 _____ OR
☐ Can participate in a modified work program starting _____ and continuing to _____
(Please note: If modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions: _____ hours per day    _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

stand/walk  _____ minutes per hour   _____ total hours   ☐ no restrictions
sit         _____ minutes per hour   _____ total hours   ☐ no restrictions
drive       _____ minutes per hour   _____ total hours   ☐ no restrictions

**LIFT/CARRY** (Occasionally = up to 1/3 workday. Frequently = up to 2/3 workday):
0-10 lbs.    ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
11-25 lbs.   ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
26-40 lbs.   ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**
bend                           ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
squat                          ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
kneel                          ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
climb                          ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
reach above shoulders          ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
perform repetitive hand motions ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions

ASSISTIVE DEVICES? (e.g., cast, brace, crutches) _____

RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

NOTE: If patient is Industrial, physician signature is REQUIRED.
SIGNATURE AND TITLE _____ MD        DATE 8/6/7
NAME (PRINT) _____   LOCATION/ADDRESS _____   PHONE _____

98082 (REV. 2-03)    DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT

**KAISER PERMANENTE**

☐ Inpatient Medical Record
☐ Outpatient Chart

KAISER FOUNDATION HOSPITAL
MOHAMED, MAHMOUD
09/27/58
110006294294

*Direct Pt to ED Reception After O/C Copay OMC*

## EMERGENCY SERVICES AFTER-CARE INSTRUCTIONS

The Emergency Department (ED) gives care to patients requiring immediate medical attention. These instructions can help you get any further care that may be needed. **If the condition you were treated for worsens, if unexpected problems arise, or if you are not able to get the recommended follow-up treatment, phone or return to the Emergency Department (752-7667).**

Your diagnosis: _Chest pain, fatigue_

The doctor(s) who treated you in the ED: _Marek_

☒ Please contact your regular doctor for follow-up. You should communicate with your doctor by phone or e-mail, or see them, within _7_ days. Many doctors are reached easily via e-mail. You can look up your doctor's home page and send them e-mail at permanente.net/doctor

☐ An appointment has been scheduled for you in the _____ Department with Dr. _____ as follows: Date: _____ Time: _____

☒ A referral (eConsult) has been made for you to the _Cardiac Lab Service_ Department. You should be contacted _Monday_. If you have not been contacted by then, please call that department.

☐ Please call the department below and make an appointment. You should be seen in about _____ days.

**Please bring this sheet with you to any future appointments.**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Dermatology | 752-1145 | ☐ Occupational Medicine | 752-1244 | ☐ Psychiatry | 752-1075 |
| ☐ ENT/HNS | 752-1115 | ☐ Orthopedics | 752-7484 | ☐ Surgery | 752-1105 |
| ☐ Eye | 752-1235 | ☐ Chemical Dependency | 251-0121 | ☐ Urgent Care | 752-1190 |
| ☐ Internal Medicine | 752-1190 | Rehab Program (CDRP) | | ☐ Urology | 752-6789 |
| ☐ Neurology | 752-1088 | ☐ Pediatrics | 752-1200 | ☐ Other: _____ | |
| ☐ Ob/Gyn | 752-1100 | ☐ Podiatry | 752-1231 | | |

☒ The following printed instructions have been given to you: _Cardiac Lab Services_

Please read them carefully now. Ask the ED staff for any further explanation before you leave.

☐ eRx ☐ **Paper prescription** for: _____

_____ was sent to this pharmacy: ☐ Discharge ☐ Fabiola 1 ☐ _____. You may pick it up now

☐ Try to cut back or stop smoking completely. For more information and support, call Health Education at 752-6150
☐ Blood pressure check within 1 week. Call your regular doctor or Urgent Care to set up an appointment.
☒ **X-ray reading in the ED is preliminary.** We'll contact you within 48 hours if the final reading changes your treatment
☐ **Warning:** You received a drug in the ED that may cause drowsiness. Do not drive or take alcohol for the next ___ hrs
☐ For fever/pain try ibuprofen (Motrin/Advil): ___ pills mgs mls tsps every ___ hrs for ___ days
☐ For fever/pain try acetaminophen (Tylenol): ___ pills mgs mls tsps every ___ hrs for ___ days
☐ Return to the ED for **recheck/suture removal** in ___ hours/days.

**I, the undersigned, acknowledge receipt of all the instructions checked above, with special instructions noted below**

INSTRUCTIONS ISSUED BY (PRINT NAME): _Marek_
INSTRUCTIONS REVIEWED BY (PRINT NAME): _[signature] RN_

Special Instructions: _Take aspirin 81 mg daily_

PATIENT OR GUARDIAN SIGNATURE: X _[signature]_
PHONE NUMBER: _____
DATE: _6/23/07_
TIME: _02_

2007 JUN 22 PM 5:39



**KAISER PERMANENTE®**

East Bay Medical Center
☐ Oakland  ☐ Richmond
☐ Inpatient  ☐ Outpatient

MR# 06294294
DOB 09-27-1952  M  R

MOHAMED, MAHMOUD,,,

RELEVANTS EXIST
REQ#32525407

## PATIENT CONSENT FOR COMPUTERIZED TOMOGRAPHY (CT) WITH IV CONTRAST DYE

Your doctor has referred you for a computerized t[omography] study in which images of the body are generated by a computer. During [the study, contrast dye is] injected into a vein. This is done to produce more detail for interpretation.

The majority of patients tolerate the injection well and experience no unusual side effects. It is not uncommon for patients to experience a warm flushing sensation, a metallic taste, or nausea during the injection. In rare instances, allergic reactions to the injection may occur. The vast majority of these reactions are mild and typically consist of itching, hives, redness, or mild shortness of breath.

An uncommon complication of IV contrast can be a decrease in kidney function. The use of Metformin (also known as Glucophage, Glucovan, Metaglip, or Avandamet) is contraindicated in patients with poor renal function because of the rare but potentially fatal side effect of lactic acidosis. The medical recommendation is that Metformin (Glucophage, Glucovan, Metaglip, or Avandamet) be stopped at the time of IV contrast administration and not resumed until normal kidney function is documented. Your doctor is aware of these possible complications but is of the opinion that the diagnostic information which your CT scan will provide outweighs the above noted risk.

An alternative to CT with IV contrast can include noncontrast CT, MRI scan, or ultrasound in some circumstances.

If you have any questions concerning the procedure, our staff will be happy to answer them, either before or at the time of the study.

**Please complete the following questions (To be completed by patient):**

- Possibility of pregnancy: ☒ Not applicable  ☐ No  ☐ Yes   Last Menstrual Period: _____
- Are you breastfeeding? ☒ Not applicable  ☐ No  ☐ Yes

Have you ever had an allergic reaction to contrast dye? ☒ No  ☐ Yes
If yes, please describe: _____

- Allergies (any type): ☐ No known allergies  ☐ Iodine allergy   Penicillin
  ☐ Other allergies (list): _____
- Diabetes: ☐ No  ☒ Yes    Heart Disease: ☐ No ☒ Yes    Kidney Problems: ☒ No  ☐ Yes
  Myeloma: ☒ No  ☐ Yes    Asthma: ☒ No  ☐ Yes

- Are you currently taking Metformin (also known as Glucophage, Glucovan, Metaglip, or Avandamet) for Diabetes?  ☐ No  ☐ Yes

- Since your physician referred you for this CT scan, has there been any change to the medications you currently take? ☐ No  ☐ Yes (list): _____

Risks and benefits of this procedure were discussed with me as described above.

X _____    _____    _____
PATIENT OR GUARDIAN SIGNATURE         DATE              TIME

_____
PARENT OR GUARDIAN RELATIONSHIP TO PATIENT

_____    _____    _____
WITNESS SIGNATURE                     DATE              TIME

03300-005 (4-07)   DISTRIBUTION: WHITE = INPATIENT MEDICAL RECORD OR OUTPATIENT CHART DEPENDING ON SERVICE • CANARY = PATIENT

# KAISER PERMANENTE®
## LABORATORY REQUISITION
### General Procedures

**Alameda Medical Offices**

| | | | | |
|---|---|---|---|---|
| ☐ AZEBU | 64073 | ☑ ARRAMA | 80548 | |
| ☐ CHAN | 57488 | ☐ MINGER | 86786 | |
| ☐ CHENG | 54977 | ☐ NGUYEN | 19599 | |
| ☐ CHU | 13642 | ☐ RAHIM | 57065 | |
| ☐ COHEN | 16672 | ☐ RUIZ | 20607 | |
| ☐ COSCA | 83793 | ☐ SHUN | 89653 | |
| ☐ CRANEY | 89456 | ☐ TINDER | 16810 | |
| ☐ LAW | 15874 | ☐ TRONCOSO | 16661 | |
| ☐ LONGWELL | 16662 | ☐ TSO | 54960 | |

**PRIORITY**
Collection, processing and reporting will be routine unless checked below.
- ME ☐ Life-Threatening
- EX ☐ ASAP
- PW ☐ Patient waiting
- AM ☐ Morning draw
- TS ☐ Draw at

Date: _____ Time: _____

**PATIENT INFORMATION**

ROOM NO.

**COMMENTS**
- ☐ R/O _____
- ☐ Hx of _____
- ☐ PE _____
- ☐ Pre-emp _____

**PRINT WITH RESULTS:**
- ☐ Follow Up _____
- ☐ Day of Cycle _____
- ☐ Call Patient
- ☐ Prev. result _____
- ☐ LMP _____
- ☐ Non-fasting
- ☐ Rx _____
- ☐ Do _____ before appt.
- ☑ Fasting 10 hrs.
- ☐ Sample # _____

**PATIENT TYPE / CHART LOCATION**
LOC _____ ☐ Inpatient ☐ Emergency Dept.
☐ Pre-op Fac: _____ Date of surgery: _____
☐ Pre-admit Fac: _____ Date of admit: _____
☐ Prenatal ☐ Premarital ☐ Industrial
☐ COPY REPORT TO: _____

**INSTRUCTIONS TO LAB / PATIENT**

*Mid September 07*

## CHEMISTRY

| Test | Code | Test | Code | Test | Code | Test | Code |
|---|---|---|---|---|---|---|---|
| ☑ Sodium | NA | ☐ Magnesium | MG | ☐ Neonate T. Bilirubin | BILITN | ☑ Lipid Panel–fasting | LIPID |
| ☑ Potassium | K | ☐ Uric Acid | URIC | ☐ Alk Phos | ALKP | (LDL, CHOL, HDL, TRIG) | |
| ☑ Creatinine | CREAT | ☐ Albumin | ALB | ☐ Amylase | AMYL | ☐ Cholesterol | CHOL |
| ☑ GFR | GFR | ☐ Serum Protein Elect. | PEP | ☑ ALT (SGPT) | ALT | ☐ HDL | HDL |
| ☐ BUN | BUN | ☐ Ferritin | FERR | ☐ AST (SGOT) | AST | ☐ Triglycerides–fasting | TRIG |
| ☑ Glucose – fasting | GLUCF | ☐ Iron/TIBC | IRON/TIBC | ☐ LDH | LD | ☐ LDL–non-fasting | LDLDIRECT |
| ☐ Glucose – random | GLUCR | ☐ Hgb Electrophoresis | HGBNPSCR | ☐ Troponin I | TROP I | (For LDL–fasting, order Lipid) | |
| ☑ Hemoglobin A₁C | HGBA1C | ☑ TSH | TSH | ☐ CKMB–cardiac | CKMB | Indicate desired LDL Goal: | |
| ☐ Fructosamine | FRU/ALB | ☐ Free T4 analog | T4F AN | ☐ CK | CK | ☐ LDL Goal < 160 | G160 |
| ☐ Carbon Dioxide | CO₂ | ☐ PSA | PSA | ☐ Homocysteine | HOMOC | ☐ LDL Goal < 130 | G130 |
| ☐ Chloride | CL | ☐ Serum Pregnancy | PREGS | ☐ CRP–High Sensitivity | CRPHS | ☐ LDL Goal < 100 | G100 |
| ☐ Calcium | CA | ☐ Quant. Beta HCG | BHCG | | | ☐ LDL Goal < 70 | G70 |
| ☐ Phosphorus | PHOS | ☐ Total Bilirubin | BILIT | | | | |

## SEROLOGY / BLOOD GASES

| Test | Code | Test | Code | Test | Code |
|---|---|---|---|---|---|
| ☐ RPR (VDRL) | RPR | ☐ Hep A IgM (Acute) | HAM | ☐ Rubella | RUB |
| ☐ Mono | MONO | ☐ Hep A IgG (Immunity) | HAG | ☐ Rubeola | RUBEO |
| ☐ ANA | ANA | ☐ Hep B Surface Ag (Acute or chronic) | HBSAG | ☐ Varicella | VARZ |
| ☐ Rheumatoid Factor | RA | ☐ Hep B Core Ab (Pre-vaccine) | HBCAB | ☐ CMV | CMV |
| ☐ CRP (C-Reactive Protein) | CRP | | | ☐ H. pylori | HPY |
| ☐ Blood Group, Rh | ABORH | ☐ Hep B Surface Ab (Immunity) | HBSAB | ☐ Mumps | MUMPS |
| ☐ Antibody Screen | ABSC | | | ☐ Toxoplasma | TOXO |
| ☐ Direct Coombs | DAT | ☐ Hepatitis C Antibody | HCAB | ☐ Lyme | LYME |

**BLOOD GASES**
Includes pH, pCO₂, pO₂, HCO₃, BE, O₂Sat
Temp °F _____
FIO₂% _____ ☐ Room Air
- ☐ Arterial ABG
- ☐ Venous VBG
- ☐ Capillary CBG
- ☐ Arterial–Cord blood ABG CB
- ☐ Venous–Cord blood VBG CB
- ☐ Carbon Monoxide Oximetry CO OX

## HEMATOLOGY / COAGULATION / TOXICOLOGY / DRUGS / DRUGS / OTHER

| Test | Code | Test | Test | Code | Test | Code |
|---|---|---|---|---|---|---|
| ☐ Hemoglobin Hematocrit | HH | Indicate Anticoagulant Therapy | ☐ Peak ☐ Trough ☐ Random | | ☐ Cyclosporine | CYCLO |
| ☑ CBC (w/o Differential) | CBC | ☐ None | Last Dose: | | ☐ FK 506 (Prograf) | FK506 |
| ☐ CBC with Differential | CBCD | ☐ Warfarin | Date: _____ | | ☐ Methotrexate | METHO |
| ☐ Reticulocyte Count | RETIC | ☐ Heparin (Circle type) Continuous Intermittent LMW | Time: _____ Dose: _____ | | ☐ Procainamide/NAPA | PROC |
| ☐ Westergren Sed Rate | ESR | | | | ☐ Lithium | LI |
| ☐ Hematocrit, Manual | HCTM | | ☐ Vancomycin | VANCO | ☐ Quinidine | QUIN |

**URINALYSIS**

| | | Last Dose: | | |
|---|---|---|---|---|
| ☐ Clean catch | UA | Date: _____ | ☐ Gentamycin | GENT |
| ☐ Catheter | | Time: _____ | ☐ Tobramycin | TOBRA |
| ☐ Menstruating | | | ☐ Theophylline | THEO |
| ☐ Urine Microscopic required | UM | ☐ Prothrombin Time INR | PT | ☐ Phenytoin | PHTN |
| | | ☐ Activated PTT | APTT | ☐ Carbamazepine | CARB |
| ☐ Culture per protocol | | ☐ Fibrinogen | FIBR | ☐ Phenobarbital | PHENO |
| ☐ Urine Pregnancy | PREGU | ☐ Fibrin Split Products | FSP | ☐ Digoxin | DIG |
| ☑ Urine Microalbumin | U MICROALB | ☐ D-Dimer | DDIMER | ☐ Valproic Acid | VALP |
| ☐ Urine Prot / Creat Ratio | U PROTCREA | | | ☐ Salicylate | SAL |
| | | | | ☐ Acetaminophen | ACETA |
| | | | | ☐ Ethanol (local) | ETOH |

Patient Letter: ☑ English ☐ Spanish
DATE & TIME RECEIVED

**KAISER PERMANENTE OAKLAND**

# CARDIOLOGY DEPARTMENT

**KAISER OAKLAND**
280 WEST MACARTHUR BLVD.
OAKLAND, CA 94611
752-6474

---

## APPOINTMENT REMINDER

You are scheduled to see:

Dr. _Rudy Dean_

On: _Tuesday July 17th_

Time: _1:30 pm_

In Cardiology Clinic
Hospital Building 2nd Floor

Register at the Med 8/Cardiology
Reception Desk
2nd Floor Hospital Building
prior to your appt.

# KAISER PERMANENTE

## CARDIOLOGY CLINIC

You have been referred to the Cardiology Clinic by your Primary Care Physician. (this may be a one – time consultation or require more visits.) The cardiology consultant does not take the place of your primary care physician who coordinates all of your care.

## TO CONTACT CARDIOLOGY

Your primary doctor will continue to be your primary medical care giver. The primary care physician is the main coordinator of your care thru the specialty clinics. Any medical problems that you have should still be addressed to his/her office. To leave a message, or to make an appt. with your primary doctor, call #752-1190. Your Primary MD may also be the one who will be reordering your cardiac medications.

## FORMS

All forms or letters to be written go to Medical Secretaries ... They will do appropriate paper work and get physician's signature.
Medical Secretaries are located on the ground floor of the hospital building.

## CARDIOLOGY ADVICE RN

To speak to an advice nurse in cardiology for non urgent matters, call 752-6474, option #3. State your name, medical record number, call back telephone number and a short message. If you are having severe chest pain, short of breath or feel you have an emergency do not call cardiology... call 911 or go to emergency room. This number is for non emergency calls only.
After 4:30pm or on the weekends/holidays call 752-1190, the call center, with any urgent problems, or for advice.

If you have valve disease or have had valve surgery and have a dental appointment, call the cardiology advice nurse at 752-6474, option #3, to determine whether you need to take antibiotics prior to the procedure.

## DIRECTIONS TO CLINIC

Cardiology Clinic is located on the second floor of the hospital tower. Enter the Hospital Building at the East Entrance on Howe Street. Up the stairs to the first floor and turn left, pass the hospital pharmacy, & take the corner elevator (Elevator C) to the 2nd floor. Register at the Medicine Station 8/9 reception desk, then go to the Cardiology Clinic which is the second medical station down the hallway.

## CARDIOLOGY PHONE NUMBERS

Cardiology telephone number is 752-6474.
Option #1 Medication refill
#2 Make or cancel an appt
#3 Returning a call or to leave a message for the cardiologist, or to speak to the advice nurse.
#4 Directions to cardiology, Oakland Medical Center or for treadmill instructions.

If you are having severe chest pain, shortness of breath, or if the pain you are feeling is the same as when you were diagnosed with a heart attach, call 911 or have someone drive you to the Emergency Room.

## YOUR APPOINTMENT

Bring a list of questions/concerns for the doctor.
Bring all of your medications, including over the counter and herbal medications.

## TO SCHEDULE:

Echo : 752-6440
Treadmill: 752-6440
Holter Monitor: 752-6474
Event Monitor: 752-6440