United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

Plaintiff,

v.

JOHN E. POTTER, POSTMASTER,

Defendant.

_____/

No. C 07-3306  WDB

**ORDER**

Plaintiff filed this action on June 22, 2007, but has not yet served the Defendant.  On August 20, 2007, Plaintiff filed a written request for an extension of the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines. As justification for this request, Plaintiff asserted that he has been experiencing medical problems, for which he was treated several times in the emergency room.  Plaintiff also stated that his medical problems require him to undergo a series of medical tests.

Having considered Plaintiff's submission, the Court GRANTS Plaintiff's request for an extension on the deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines. The Initial Case Management Conference currently set for September 25, 2007, is VACATED.  Instead, the parties must appear for an Initial Case Management Conference **on Thursday, December 20, 2007, at 4:00 p.m.** The parties must submit a Joint

1

1    Case Management Statement by no later than **Thursday, December 13, 2007.**   Plaintiff is

2    ordered to serve this Order on Defendant when Plaintiff serves the Complaint.

3

4        IT IS SO ORDERED.

5    Dated:    9-19-07

6                                                        WAYNE D. BRAZIL
                                                         United States Magistrate Judge

7

8    Copies to:   WDB, Stats

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

               Plaintiff,

    v.

JOHN E. POTTER, POSTMASTER et al,

              Defendant.
_____/

Case Number:  07-03306 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA 94703-2010

Dated: September 19, 2007

                             Richard W. Wieking, Clerk
                             By: Sarah Weinstein, Law Clerk/Deputy Clerk