

**FILED**

DEC 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAHMOUD Mohamed    Plaintiffs,

vs.

John E. Potter postmaster    Defendants.

Case No. C07-3306-WDB

~~COMPLAINT~~

~~DEMAND FOR JURY TRIAL~~

Second Certification of Services

Second     Certification of services

Ezat sedik declare under penalty of perjury that . I served the following persons or entities by the U.S. mails as indicated below:

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530-0001

UNITED STATES ATTORNEY
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

GENERAL COUNSEL,
U.S. POSTAL SERVICE
475 L'ENFANT PLAZA, S.W.
WASHINGTON, DC 20260

Ezat sedik
Dated:

1620 stuart st berkeley
CA 94703-2010

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES ATTORNEY
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7007 0220 0002 2470 4627

CERTIFIED MAIL

**Second** Certification of services

Ezat sedik declare under penalty of perjury that. I served the following persons or entities by the U.S. mails as indicated below:

| U.S. DEPARTMENT OF JUSTICE | UNITED STATES ATTORNEY | GENERAL COUNSEL, |
| 950 PENNSYLVANIA AVENUE | 450 GOLDEN GATE AVENUE | U.S. POSTAL SERVICE |
| WASHINGTON, DC 20530-0001 | SAN FRANCISCO, CA 94102 | 475 L'ENFANT PLAZA, S.W. |
| | | WASHINGTON, DC 20260 |

Ezat sedik
Dated:

1620 stuart st berkeley
CA 94703-2010

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0220 0002 2470 4634

CERTIFIED MAIL

*Second* Certification of services

Ezat sedik declare under penalty of perjury that . I served the following persons or entities by the U.S. mails as indicated below:

| U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE WASHINGTON, DC 20530-0001 | UNITED STATES ATTORNEY 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA 94102 | GENERAL COUNSEL, U.S. POSTAL SERVICE 475 L'ENFANT PLAZA, S.W. WASHINGTON, DC 20260 |
|---|---|---|

Ezat sedik
Dated:

1620 stuart st berkeley
CA 94703-2010

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   GENERAL COUNSEL,
   U.S. POSTAL SERVICE
   475 L'ENFANT PLAZA, S.W.
   WASHINGTON, DC 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7007 0220 0002 2470 4597

CERTIFIED MAIL™

```
              USPS, South Berkeley Sta.
                 Berkeley, California
                      947039991
                   0555110062 -0098
  11/29/2007     (800)275-8777      04:07:40 PM

                      Sales Receipt
  Product            Sale    Unit         Final
  Description        Qty     Price        Price

  Respond to CFS Issues
  SAN FRANCISCO CA 94102                  $5.05
  Zone-1 Priority Mail
  2 lb.  1.30 oz.
    Return Rcpt (Green Card)              $2.15
    Certified                             $2.65
    Label #:         70070220000224704627
                                        ========
  Issue PVI:                              $9.85

  WASHINGTON DC 20260                     $7.50
  Zone-8 Priority Mail
  2 lb.  0.00 oz.
    Return Rcpt (Green Card)              $2.15
    Certified                             $2.65
    Label #:         70070220000224704597
                                        ========
  Issue PVI:                             $12.30

  WASHINGTON DC 20530                     $7.50
  Zone-8 Priority Mail
  1 lb.  15.50 oz.
    Return Rcpt (Green Card)              $2.15
    Certified                             $2.65
    Label #:         70070220000224704634
                                        ========
  Issue PVI:                             $12.30

  $1 Wisdom         3    $1.00            Void
  PSA
  41c Jury          7    $0.41           $2.87
  Duty PSA
                                        --------
  Total:                                 $37.32

  Paid by:
```

