1. Mahmoud Mohamed, Plaintiff
2. 1620 Stuart Street, Berkeley, CA 94703-2010
   Tel: (510) 644-2159

FILED

2007 DEC 12 PM 2:25

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED, ) | Case No. C07-3306 WDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Request for Extention of Time |
| ) | |
| JOHN POTTER, Postmaster General ) | |
| of the United States, ) | |
| ) | |
| Defendant ) | |

Mahmoud Mohamed
1620 Stuart St
Berkeley CA, 94703
(510)644 2159

To                                                              Dec. 11, 2007
Honorable Judge Wayne D. Brazil
United States Magistrate Judge


Re: Mahmoud v. Potter, Postmaster, Case No.C07-3306 WDB

    The court ordered me to prepare a joint case management statement by Dec.13, 07, and there is also a hearing conference on Dec. 20, 07.due to the fact that I am unable to exchange information with the postal service to compose a joint statement, I am respectfully request that you extend the deadline for the the case management conference to Feb21, 2008. I have also asked for the Postal Service agreement, but I have received no response regarding this matter.


    Respectfully submitted

Mahmoud Mohamed



CC: Jonathan U. Lee, Esq. (By facsimile)
Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102