SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHMOUD MOHAMED,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>    Defendant. | No. C 07-3306 WDB<br><br>**STATEMENT OF POSITION OF JOHN POTTER, POSTMASTER GENERAL OF THE UNITED STATES**<br><br>Date: December 20, 2007<br>Time: 4:00 p.m. |

The U.S. Attorney's Office recently became aware of this litigation and hereby submits this Statement of Position to inform the Court of the United States' position.

**1. Jurisdiction and Service issues:**

Plaintiff's complaint appears to state a federal question for judicial review, namely whether employees of the United States Postal Service committed the alleged discrimination against the plaintiff.

There has been no effective service of the complaint. The U.S. Attorney's Office is aware of

the following facts regarding service:

Plaintiff filed his complaint on June 22, 2007.

Plaintiff informed the Court in a filing on August 20, 2007 that he had not yet served the Postal Service.

When a plaintiff names the federal government as a defendant, plaintiff must first serve the United States as required by Rule 4.   To serve the United States, plaintiff must serve several sets of the summons and complaints, including by personal delivery to the U.S. Attorney or designee in the Northern District of California, by registered mail to the Attorney General of the United States in Washington, D.C., and then by registered mail to the named defendants in this case. F.R.C.P. 4(i).  Service must be as described by Rule 4 and actual notice is insufficient.  Tuke v. United States, 76 F.3d 155, 156 (7th Cir. 1996).   All of these rules are well-known to plaintiff and his attorneys from his prior litigation against the Postmaster General, Mohamed v. Potter, Action 05-2194 CRB.

Plaintiff's attorney Andrew Shalaby, who is not appearing for him in either district court action, raised the subject of this litigation with the United States Attorney's Office in November 2007.  The United States Attorney's Office informed Mr. Shalaby and the plaintiff by letter dated November 27, 2007 that plaintiff had not served the summons and complaint in compliance with Rule 4.  Plaintiff thereafter filed the undated, ambiguous "Certificate of Service" on December 11, 2007.

To summarize, Plaintiff has not served the complaint in compliance with governing law. Plaintiff has not served any summons.  Plaintiff has not filed any return of service of the summons and complaint with the Court.

**2. Description of case and administrative proceedings**

Plaintiff's complaint states various claims of discrimination and retaliation alleged to have occurred from 1998-2003.  The complaint is similar in nature to an earlier action filed by the plaintiff, Mohamed v. Potter, Action 05-2194 CRB.  On December 11, 2007, defendant filed a motion to relate this action with that earlier action.

**3. Disputed legal issues**

a. Whether plaintiff properly served the summons and complaint.

b. Whether plaintiff exhausted administrative remedies.

c. Whether plaintiff can state any claim for relief.

d. Whether plaintiff can carry his burden of proof on any claim.

**4. Procedural history**

| | |
|---|---|
| June 22, 2007 | complaint filed |
| August 20, 2007 | plaintiff seeks extension of initial CMC, confirms to Court there has been no service |
| September 19, 2007 | Court grants extension, sets CMC for December 20th |
| December 11, 2007 | plaintiff files undated, ambiguous "Certificate of Service" |
| December 11, 2007 | plaintiff files letter seeking extension of CMC to February 21, 2008; plaintiff's letter shows service by facsimile on the United States Attorney's Office; plaintiff transmitted the letter by facsimile at 7:21 p.m. on December 12, 2007 |

**5. Discovery to date**

None.

**6. Discovery plan**

None.

**7. Motions, changes or parties, or other anticipated hearings**

The United States will bring motions to dismiss under FRCP 12(b)(4) and 12(b)(5) if plaintiff persists in his refusal to adhere to the rules governing service of the summons and complaint. These requirements are well known to plaintiff from the prior action.

**8. Relief sought**

See Plaintiff's prayer for relief including damages.

**9. ADR certification**

None at this time.

**10. Consent to magistrate judge**

1  Not at this time.

2  **11. Proposed deadlines and dates**

3  None at this time.

4  **12. Service list for counsel**

5  None available at this time.

6  **13. Other items from Local Rule 16-10**

7  None at this time.

8  **14. Disqualification or recusal information**

9  None known.

                                    Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

Dated: December 13, 2007      /s/
JONATHAN U. LEE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STATEMENT OF POSITION OF JOHN POTTER, POSTMASTER GENERAL OF THE UNITED STATES**

<u>**Mahmoud Mohamed v. Potter**</u>
**C 07-3306 WDB**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

  √     **FEDERAL EXPRESS via Priority Overnight**

____    **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA 94703-2010

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 13, 2007 at San Francisco, California.


                                            _____/s/_____
                                            MANIK BOWIE
                                            Legal Assistant

STATEMENT OF POSITION OF US POSTMASTER GENERAL
C 07-3306 WDB                    -5-