SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAHMOUD MOHAMED,<br><br>  Plaintiff,<br><br> v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>  Defendant. | No. C 07-3306 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, CONSISTENT WITH MOTION TO RELATE TO EARLIER ACTION, *MOHAMED v. POTTER*, ACTION NUMBER 05-2194 CRB** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

2  In response to the Court's recent request for clarification, the undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge, consistent with the undersigned party's motion to relate this case to a prior lawsuit brought by Mr. Mohamed based on substantially similar factual and legal contentions, titled *Mohamed v. Potter*, Action 05-2194 CRB, which motion to relate is pending before District Judge Breyer.

DATED: December 20, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


        /s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Postmaster General Potter

DECLINATION OF MAGISTRATE; REQUEST FOR REASSIGNMENT
C 07-3306 WDB                        -2-