UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

        Plaintiff,

  v.

JOHN E. POTTER, POSTMASTER,

        Defendant.
                                    /

Case Number: C 07-03306 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA 94703-2010

Dated: December 20, 2007

                                           Richard W. Wieking, Clerk
                                           By: Sarah Weinstein, Deputy Clerk/Law Clerk