IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

    Plaintiff,

v.

JOHN POTTER,

    Defendant.

                                           /

No. C 05-02194 CRB

**ORDER RELATING CASE**

Plaintiff Mohamed's request for an additional extension to file an opposition to the government's motion to relate is DENIED. Based upon the representations of the government and the Court's review of the case files, the Court concludes that this action is related to 07-3306 within the meaning of Civil Local Rule 3-12 and is reassigned to the undersigned judge. If, upon further examination, the Court finds that this case is not related to 07-3306, then the Court will transfer 07-3306 back to the originally-assigned Judge.

**IT IS SO ORDERED.**

Dated: January 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2194\Order Relating.wpd