1  Mahmoud Mohamed
   1620 Stuart Street
2  Berkeley, CA  94703-2010
   (510) 644-2159
3  Plaintiff, *Pro Se*

FILED

JAN 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED, | Case No.: C 07-03306 CRB |
| Plaintiff, | Request for Dismissal Pursuant to Fed. R. 41 (a)(1) |
| vs. | Hon. Charles R. Breyer |
| JOHN POTTER, as Postmaster General of the United States,, | |
| Defendant | |

1. Plaintiff respectfully requests dismissal without prejudice of the above-captioned matter pursuant to Fed.R.Civ. Proc. 41(a)(1). I am the plaintiff pro se in the above-captioned matter and I have been experiencing health problems and will not be able to meet any of the deadlines in the initial case management scheduling order dated January 3, 2008.

1. Attachment 1 is a statement from my physician stating that I will not be able to meet deadlines in this case at present. There is a recommendation for a period of rest. I am currently scheduled for cardiac surgery on February 1, 2008.

2. Attachment 2 is a statement from my cardiologist stating that I suffer from a serious form of angina, and will not be able to meet deadlines at present.

3. To date, I have not served the case management order dated January 3, 2008, on defendant because I have been ill. See Attachment 3, the letters to Judges White and Breyer which I lodged with the court on January 4, 2008, requesting that all dates in the case be postponed for at least 90 days.

4. Defendant has not yet answered in this case.

I request that the case be dismissed without prejudice.

Dated: 1/29, 2008

Mahmoud Mohamed
Plaintiff

1

## CERTIFICATE OF SERVICE

2   The undersigned hereby certifies that I reside at 1620 Stuart Street Berkeley, CA 94703-
3   2010, am a person of such age and discretion to be competent to serve papers. The undersigned
4   further certifies that on _____, 2008, I caused a copy of the Request for Dismissal Pursuant
5   to Fed. R. 41 (a)(1) by U.S. Mail on:

6

7   Scott N. Schools
    United States Attorney
8   Joann M. Swanson
    Chief, Civil Division
9   Jonathan U. Lee
10  Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
11  San Francisco, CA 94102
12  Telephone: (415) 436-6909
    Facsimile: (415) 436-6748
13

14   I declare under penalty of perjury under the laws of the United States that the foregoing is
15  true and correct.

16  Dated: 1/24/08, 2008                                      _____
17                                                             Mahmoud Mohamed

**Robert Cooper, M.D.**
Internal Medicine

THE PERMANENTE MEDICAL GROUP, INC.
280 WEST MacARTHUR BLVD. - 3801 HOWE STREET, OAKLAND, CA 94611 • (510) 752-6537

NAME: Re Mahmoud Mohamed
ADDRESS: 06294294

M.R.#
PHONE # (H or W): ( )
AGE:
SEX:
Initial as Applicable
Workers' Comp
11159.2 Exempt

Initial here ____ if No Known Allergies or list:

R̆ Medication, strength (put integer left of decimal) and directions for use ("Sig")  □ LABEL IN SPANISH | INITIAL QUANTITY | CIRCLE "NO REFILL" OR # AND QTY

1. This pt has severe angina and may not be able
2. to meet certain deadlines through 2-25-08
3.

Quantity options: 4 oz. 8 oz. 10 20 30 / 50 100 / No Refill

Signed: Cooper, M.D.
DATE: 1/25/08

CAL. LIC # G45981 • DEA # AC1287855 • RESOURCE # 9687260

9687260-001 (9-01)

1

**THE PERMANENTE MEDICAL GROUP, INC.**

| PATIENT NAME | MEDICAL RECORD NO. |
|---|---|
| Mohamed Mahmoud | 0629434 |

ADDRESS

| PHONE NUMBER | AGE | GENDER | QUANTITY |
|---|---|---|---|
| ( ) | | | Initial Qty — 4 oz. 8 oz. / 10 20 30 # ___ |

℞  12/28/07

Note: above pt. has
a serious form of
angina and may not
be able to meet
certain deadlines

**Number of Refills** ___ or circle "No Refills"

**Refill Qty** — 50 100 200 300 # ___

**INITIAL AS APPLICABLE**

No Known Allergies ___ or list on back (optional)

Workers' Comp ___

11159.2 Exempt ___

Spanish Label ___

Unless respective space is initialed, a Pharmacist may adjust "Sig" prn and dispense TPMG Pharmacy & Therapeutic Committee approved alternate, i.e., ___ Generic, ___ Pkg. Size, ___ Dosage Form/Strength or ___ Therapeutic Equivalent.

R. Oehm, M.D.
280 W. MacArthur Blvd./3801 Howe St.
Oakland, CA 94611-5693
(510) 752-1270

Initial here ___ if a covering MD.
X _Oehm_
Date: ___

CA LIC # G037561   DEA # AO8330970
RESOURCE # 6675230

KP Formulary Code ___ or
initial ___ if NE intended.

6675230-000 (REV. 8-01)

2

Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA 94703-2010
(510) 644-2159

January 4, 2008

**By Hand Delivery**

Honorable Judge Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**

JAN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: *Mohamed v. Potter*, Case No. C05-2194CRB

Dear Judge Breyer:

I am the plaintiff *pro se* in the above captioned case. With this letter I respectfully request that you grant a 90-day extension of the deadline for filing Plaintiff's Opposition to Defendant's Administrative Motion to Consider Whether Cases Should Be Related. I have been experiencing medical problems that will prevent me from meeting this deadline in the immediate future. I am attaching herewith correspondence from my doctor explaining that I will be unable to meet any due dates at present, that I will be undergoing certain medical tests and will most likely have surgery for a cardiac condition.

Another doctor is treating me for an orthopedic problem, and he has ordered that I refrain from all activity for the present. Please see attached additional doctor's statement.

Respectfully submitted,

Mahmoud Mohamed

cc: Scott Schools, Esq. (By U.S. Mail, w/o attachments)
United States Attorney
Joann M. Swanson, Esq.
Chief, Civil Division
Jonathan U. Lee, Esq.
Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

**ORDER**

Plaintiff's request for a 90-day extension of the deadline for filing Plaintiff's Opposition to Defendant's Administrative Motion to Consider Whether Cases Should Be Related, is GRANTED, and hereby extended to April 7, 2008.

_____
U.S. District Court Judge

3

Mahmoud Mohamed
1620 Stuart Street
Berkeley, CA 94703-2010
(510) 644-2159

January 4, 2008

**By Hand Delivery**

Honorable Judge Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: *Mohamed v. Potter*, Case No. C05-2194CRB

Dear Judge Breyer:

I am the plaintiff *pro se* in the above captioned case. With this letter I respectfully request that you grant a 90-day extension of the deadline for filing Plaintiff's Opposition to Defendant's Administrative Motion to Consider Whether Cases Should Be Related. I have been experiencing medical problems that will prevent me from meeting this deadline in the immediate future. I am attaching herewith correspondence from my doctor explaining that I will be unable to meet any due dates at present, that I will be undergoing certain medical tests and will most likely have surgery for a cardiac condition.

Another doctor is treating me for an orthopedic problem, and he has ordered that I refrain from all activity for the present. Please see attached additional doctor's statement.

Respectfully submitted,

Mahmoud Mohamed

cc: Scott Schools, Esq. (By U.S. Mail, w/o attachments)
    United States Attorney
    Joann M. Swanson, Esq.
    Chief, Civil Division
    Jonathan U. Lee, Esq.
    Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
    San Francisco, CA 94102

## ORDER

Plaintiff's request for a 90-day extension of the deadline for filing Plaintiff's Opposition to Defendant's Administrative Motion to Consider Whether Cases Should Be Related, is GRANTED, and hereby extended to April 7, 2008.

_____
U.S. District Court Judge

**KAISER PERMANENTE®**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) **OR**
☐ YES, has a "Serious Health Condition", as defined below (check one):
  1. ☐ Hospital care          4. ☐ Chronic condition requiring treatment
  2. ☐ Absence plus treatment  ☐ Is currently incapacitated
  3. ☐ Pregnancy              ☐ Is not currently incapacitated
                              5. ☐ Permanent/long-term condition requiring supervision   6. ☐ Multiple treatments (non-chronic condition)
☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____
☐ Estimated date of Surgery/Procedure/Delivery: _____
☐ Diagnosis (Complete on patient request only): _____ *Awl possible lateral m?*

**Patient Name Identification**
# 06294294
Mohamed, Mathrw

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
☑ Was seen at this office on: 1/2/08    ☐ Has been given telephone advice on: _____
☐ Has been ill and unable to attend work/school/physical education _____ through _____
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☐ Can return to full duties with NO RESTRICTIONS on 1/2/08 _____ **OR**
☐ Can participate in a modified work program starting 1/2/08 and continuing to 2/2/08
(Please note: If modified work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | minutes per hour | total hours | no restrictions |
|---|---|---|---|
| stand/walk | _____ | _____ | ☐ |
| sit | _____ | _____ | ☐ |
| drive | _____ | _____ | ☐ |

**LIFT/CARRY** (Occasionally = up to ⅓ workday. Frequently = up to ⅔ workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☑ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☑ | ☐ | ☐ | ☐ |
| squat | ☑ | ☐ | ☐ | ☐ |
| kneel | ☑ | ☐ | ☐ | ☐ |
| climb | ☑ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

**ASSISTIVE DEVICES?** (e.g., cast, brace, crutches) _____

**RESTRICTIONS:** _____

**OTHER:** _____

**TREATMENT PLAN:** _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____                 1/2/08

NOTE: If patient is **industrial**, physician signature is **REQUIRED**.