IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

    Plaintiff,

 v.

JOHN POTTER,

    Defendant.

No. C 07-03306 CRB

**ORDER**

    Plaintiff's request for a dismissal without prejudice is GRANTED. See Fed. R. Civ. P. 41(a)(1).

    **IT IS SO ORDERED.**

Dated: March 4, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3306\Dismissal.wpd